UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | No. 21-MJ-236 |
| | : | |
| **LUKE RUSSELL COFFEE,** | : | |
| Defendant. | : | |

## MOTION FOR TRANSPORT ORDER

The United States respectfully requests that this Court enter an Order directing the United States Marshals Service to transport defendant Luke Coffee from the Northern District of Texas to the District of Columbia for further proceedings on the Complaint filed against him, charging the defendant with 18 U.S.C. §§ 111(b) (Assault of Federal Law Enforcement Officer with Dangerous Weapon), 231(a)(3) (Interference with Law Enforcement Officer During Civil Disorder), 1512(c)(2) (Obstruction of an Official Proceeding), and 1752(a)(1) and (2) (Unlawful Entry on Restricted Grounds), and 40 U.S.C. § 5104(e)(1) (Disorderly Conduct on Capitol Grounds). In support of its motion, the United States states as follows:

1. On February 25, 2021, the defendant, Luke Coffee, was arrested in the Northern District of Texas on a warrant issued by this Court in connection with a Criminal Complaint charging the defendant with the violations of 18 U.S.C. §§ 111(b) (Assault of Federal Law Enforcement Officer with Dangerous Weapon), 231(a)(3) (Interference with Law Enforcement Officer During Civil Disorder), 1512(c)(2) (Obstruction of an Official Proceeding), and 1752(a)(1) and (2) (Unlawful Entry on Restricted Grounds), and 40 U.S.C. § 5104(e)(1) (Disorderly Conduct on Capitol Grounds).

2. Defendant Coffee made his initial appearance on February 26, 2021, before a magistrate judge in the Northern District of Texas. At his initial appearance, the government made a motion to detain the defendant without bond pending trial pursuant to 18 U.S.C. §§ 3142(f)(1)(E) and (f)(2)(A), which provides for detention in felony cases involving a dangerous weapon or when the defendant poses a serious risk of flight. The presiding Magistrate Judge scheduled a detention hearing and preliminary hearing on for March 8, 2021.

3. At the preliminary hearing on March 8, 2021, a Special Agent with the Federal Bureau of Investigation testified for several hours. At the conclusion of the hearing, the presiding magistrate judge found that that government had established probable cause for the offenses listed in the complaint.

4. The presiding Magistrate Judge denied the government's detention motion and ordered the defendant released pursuant to certain conditions, though the court did stay its release order pending appeal.

5. The United States filed in this Court an Emergency Motion for a Stay and to Review the Court's Release Order on March 9, 2021.

6. In order to have counsel enter an appearance or be appointed to represent the defendant in the District of Columbia, to resolve the pending motion to review the release determination made by the Magistrate Judge in the Northern District of Texas, and to conduct further proceedings in this matter, the defendant, who remains temporarily detained, needs to be transported to the District of Columbia by the United States Marshals Service.

Accordingly, the United States moves this Court to issue an Order directing the United

States Marshals Service to transport defendant Luke Coffee forthwith to the District of Columbia for further proceedings.

Respectfully submitted,

CHANNING PHILLIPS
ACTING UNITED STATES ATTORNEY

   /s/
Peter Lallas
Assistant United States Attorney
N.Y. Bar 4290623
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
202-252-6879
peter.lallas@usdoj.gov