# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | No. 21-MJ-236 |
| : | |
| **LUKE RUSSELL COFFEE,** : | |
|     **Defendant.** : | |

## ORDER

Upon consideration of the Government's Motion for Emergency Stay and for Review of Release Order as to defendant Luke Coffee,

It is this 10th day of March, 2021,

**ORDERED**, that the Motion for an Emergency Stay is hereby **GRANTED** and the release order entered by the Northern District of Texas Magistrate Judge on March 8, 2021, as to defendant Luke Coffee is **STAYED** pending review of the detention decision by this Court.

HONORABLE BERYL A. HOWELL
CHIEF JUDGE

1