AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>LUKE RUSSELL COFFEE<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case: 1:21-mj-00236<br>Assigned to: Judge Harvey, G. Michael<br>Assign Date: 2/16/2021<br>Description: COMPLAINT W/ARREST WARRANT |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     LUKE RUSSELL COFFEE                                                                    ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
  18 U.S.C. § 111(b)   Assault of Federal Law Enforcement Officer with Dangerous Weapon
  18 U.S.C. § 231(a)(3)   Interference with Law Enforcement Officer During Civil Disorder 18
  18 U.S.C. § 1512(c)(2)   Obstruction of an Official Proceeding
  18 U.S.C. § 1752(a)(1) and (2)   Unlawful Entry on Restricted Grounds
  40 U.S.C. § 5104(e)(1)   Disorderly Conduct on Capitol Grounds

Digitally signed by G.
Michael Harvey
Date: 2021.02.16
13:17:11 -05'00'

*Issuing officer's signature*

Date:   02/16/2021

City and state:   Washington, D.C.                          G. Michael Harvey, United States Magistrate Judge
                                                                        *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 02/16/2021 , and the person was arrested on *(date)* 02/25/2021<br>at *(city and state)* Dallas TX . |
| Date:   02/25/2021<br><br>Michael E. Hillman<br>*Arresting officer's signature*<br><br>Michael E. Hillman<br>*Printed name and title* |

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
LUKE RUSSELL COFFEE
▬▬▬▬▬▬▬▬▬▬▬▬

_Defendant(s)_

)
)
)
)
)
)

**Case: 1:21-mj-00236**
**Assigned to: Judge Harvey, G. Michael**
**Assign Date: 2/16/2021**
**Description: COMPLAINT W/ARREST WARRANT**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____01/06/2021_____ in the county of _____ in the

_____ District of _____Columbia_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(b) | Assault of Federal Law Enforcement Officer with Dangerous Weapon |
| 18 U.S.C. § 231(a)(3) | Interference with Law Enforcement Officer During Civil Disorder |
| 18 U.S.C. § 1512(c)(2) | Obstruction of an Official Proceeding |
| 18 U.S.C. § 1752(a)(1) and (2) | Unlawful Entry on Restricted Grounds |
| 40 U.S.C. § 5104(e)(1) | Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:

See attached affidavit.

☐ Continued on the attached sheet.

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone

Date: _____02/16/2021_____

Digitally signed by
G. Michael Harvey

_Judge's signature_

City and state: _____Washington, D.C._____

G. Michael Harvey, United States Magistrate Judge
_Printed name and title_

Assigned to: Judge Harvey, G. Michael
Assign Date: 2/16/2021
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

Your affiant is a Special Agent with the Federal Bureau of Investigation (FBI) and has been so employed since January 2004. As a Special Agent with the FBI, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws. I am assisting in the investigation and prosecution of events which occurred at the United States Capitol on January 6th, 2021.

Because this Affidavit is submitted for the limited purpose of the requested complaint and arrest warrant, I have not included each and every fact known to me or to others concerning this investigation.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

### *Incursion at the U.S. Capitol on January 6, 2021*

The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior

1

of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades, and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized security officials.

At such time, the certification proceedings still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts. Individuals in the crowd also encouraged and assaulted assisting police officers from the Washington D.C. Metropolitan Police Department who responded upon a call for assistance from the U.S. Capitol Police.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol, and the building had been confirmed secured. The proceedings resumed at approximately 8:00 pm after the building had been secured. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside and outside of the U.S. Capitol building without authority to be there.

### Facts Specific to Luke Coffee

As described in greater detail below, there is probable cause to believe, that, in the midst of the riots and civil disorder described herein, Luke Coffee used a crutch to assault police officers from the Washington D.C. Metropolitan Police Department ("MPD"). These MPD officers were present to assist Federal Law Enforcement officers, specifically the U.S. Capitol

2

Police ("USCP"), with protecting the U.S. Capitol and its occupants against the rioters. Your affiant, as part of the overall FBI investigation into this incident, has collected numerous pictures and videos showing Coffee assaulting law enforcement officers at the U.S. Capitol on January 6, 2021. Coffee was identified as the person in these pictures and videos by civilians who know Coffee, a college classmate who happens to be a Special Agent with the FBI, and your affiant's review of Coffee's driver's license and other known photographs.

On January 11, 2021, the FBI Newark Field Office conducted an interview of an individual, hereafter referred to as Witness 1, who had contacted the FBI with information on Luke Coffee. Witness 1 stated that Witness 1 met Coffee once in the summer of 2020 and recognized Coffee as appearing in videos of the riot at the Capitol Building Witness 1 had seen posted on social media and YouTube. Witness 1 also viewed Luke Coffee in October 2020 on a social media video in which Luke Coffee discussed several conspiracy theories. Witness 1 stated that, in a YouTube video of the riots, Coffee was wearing "attire that stood out." I subsequently reviewed and collected the YouTube video described by Witness 1. I have captured a screen shot of this video and it appears below as Figure 1.

Figure 1.



On January 13, 2021, following up on the tip from Witness 1, an FBI agent from the FBI Dallas Field Office located and telephonically conducted an interview of Luke Coffee. During the interview, Coffee admitted being present at the U.S. Capitol on January 6, 2021. Coffee informed the interviewing agent that he had been wearing a brown hat and held up a crutch over his head while at the Capitol. Coffee stated he did not engage in any type of physical confrontations with the police while at the Capitol Building. Coffee further stated to the interviewing agent that, on January 4, 2021, he departed Dallas, TX via a truck, and arrived in Washington D.C. on the night of January 5, 2021. Coffee stated that he could not recall where he resided while in Washington D.C. Coffee informed the interviewing agent he returned to Dallas, TX on or about January 7th.

The FBI Washington Field Office published multiple Seeking Information posters with photographs of individuals that were participants in the riot at the U.S. Capitol Building on January 6, 2021. One such poster was published by the FBI on January 16, 2021, and is labeled as Figure 2 below.

Figure 2.



After the issuance of Figure 2, the FBI received several tips identifying the subject photograph listed at #108-AFO as Luke Coffee. Several of the tips also included screen shots from various public online social media accounts attributed to Luke Coffee or copied from other individuals identifying the subject online through social media as Luke Coffee. The tips included photographs and screen shots of an individual wearing the same clothing as the subject in Photograph #108-AFO, specifically a brown cowboy style hat, a camouflage jacket, a blue bandana, and grey backpack. The tips further identified the individual, Luke Coffee, as residing in the Dallas, Texas area.

Some of the tips provided to the FBI included further identifying information for Luke Coffee, included screen shots from various online social media platforms. I have captured two of these screen shots from submitted tips and labeled them as Figure 3 and Figure 4 below.

Figure 3.



Figure 4.



Figure 3 appears to your affiant to be a screen shot from the social media platform known as Facebook. Your affiant has learned through this investigation that Luke Coffee utilized Facebook as a social media platform under account name "Luke Coffee." Several of the tips submitted to the FBI pertaining to Luke Coffee also referenced the pictured Facebook account as being associated with Luke Coffee from Dallas, TX.

I also reviewed several tips that were provided by individuals who claim to have personal and firsthand contact with Luke Coffee. Some of the contacts included people who reported having been college classmates and associates from the Dallas, TX area.

On January 22, 2021, an FBI agent from the FBI Washington Field Office informed your affiant that he had viewed social media platforms attributed to Coffee before they were blocked from public viewing. The agent informed your affiant that he viewed several online postings made by Coffee that indicated Coffee was present at the Capitol on January 6, 2021. The agent explained that he and Coffee were college classmates.

Since Luke Coffee is a resident of Texas, I obtained and reviewed a driver's license photograph of Luke Coffee. I believe the photograph from the Texas Driver's License of Luke Coffee matches the photographs of the subject in Figures 1 through 4.

6

After reviewing the video described by Witness 1 (Figure 1 screenshot), it is your affiant's assessment that the clothing worn by the individual in Figures 3 and 4 matches the clothing of the subject identified as #108-AFO from Figure 2.

During this investigation and other similar investigations pertaining to the incidents at the Capitol Building, your affiant has reviewed and collected video footage from various sources, to include various social media platforms and online postings submitted for public viewing on the Internet.

Your affiant has also reviewed and collected video provided by the USCP, which includes security camera footage inside and outside of the Capitol Building.  Your affiant has also reviewed and collected video provided by MPD.  While reviewing these various sources of video footage, your affiant has observed an individual who appears to be Luke Coffee on several different videos.  Your affiant observed in the videos that Luke Coffee is wearing the same clothing as in Figures 1 through 4.

Based on information I have reviewed, I estimate that between approximately 4:00 p.m. and 4:30 p.m., Coffee was on the steps of the Capitol Building, specifically on the steps of the Lower Terrace tunnel entranceway.   The Lower Terrace is located on one of the lower areas of the Capitol Building and is facing towards the National Mall.

At approximately between 4:15pm and 4:20pm, Coffee proceeded up the steps to the Lower Terrace entrance way, which is covered by an archway leading into the Capitol Building. I observed Luke Coffee turn towards the crowd and he appeared to make several statements, none of which were audible on the video I reviewed.  A screenshot from this video is labeled as Figure 5 below.

Figure 5.



At approximately between 4:20pm and 4:25pm, Coffee turned and proceeded into the Lower Terrace entranceway. This was in the direction of police officers from the USCP and MPD who were attempting to prevent the rioters from entering the Capitol.

Your affiant has reviewed a number of videos of this location during this timeframe and interviewed some of the MPD and USCP officers who were present and engaged in violent confrontations with protesters in the same area. Your affiant has learned that several MPD and USCP police officers were injured by these violent confrontations, to include at least one MPD officer who was violently dragged down the Lower Terrace steps by the protesters. I observed this to be around the same time Coffee appeared in videos as being in the Lower Terrace area. In addition to being struck by the rioters with various blunt objects, officers were also being injured by various items being thrown at them in the Lower Terrace tunnel area. I observed Coffee approaching these same officers at the same time the officers were being violently engaged by other protesters.

I reviewed and collected footage from a Capitol Building security surveillance camera in which I observed Luke Coffee facing MPD and USCP officers stationed at the Lower Terrace entrance tunnel at approximately 4:26 p.m. A screen shot from this video is labeled as Figure 6 below.

8

Figure 6.



 During the course of this investigation, I have reviewed and collected video from two MPD officers who were positioned in the front line of the MPD and USCP officers engaged with rioters at the Lower Terrace area of the Capitol Building.  These two officers were wearing body cameras ("body cams") which recorded the violent incidents with the rioters during the same time as Luke Coffee appeared at the top of the stairs.  On both of these two MPD officers' body cams, I observed Coffee make physical contact with MPD and USCP officers; the time Luke Coffee is observed and recorded by these two MPD body cams is approximately 4:27 p.m.  Two screen shots from the body cams showing Coffee approaching the officers are labeled as Figure 7 and Figure 8 below.

9

Figure 7.



Figure 8.



One of the MPD officer body cams shows that, at approximately 4:28pm, Coffee retrieved a crutch from the area at the top of the stairs to the Lower Terrace area. A screen shot from this video is labeled as Figure 9 below.

10

Figure 9.



In the various videos I have reviewed in connection with my investigation, I have observed this same crutch used by rioters to attack MPD and USCP officers. In these same videos, I further observed Coffee pick up this crutch and hold it over his head. At first, Coffee turned and faced the crowd of rioters and then turned and approached the line of police officers with the crutch still over his head. A screen shot from the same Capitol Building security video is labeled as Figure 10 below.

Figure 10.



11

Civilians submitted videos from social media and video platforms to the FBI that show different angles of the same series of events. For example, Figure 11 is a second screen shot from the same YouTube video described by Witness 1.[1]

Figure 11.



I observed on the same video sources, at approximately 4:28pm, Coffee lowered the crutch approximately chest high and then lowered it to waist high and proceed to push the crutch into the line of MPD and USCP officers. I have viewed this incident on the aforementioned two body cams that were being worn by two different MPD officers who were present at this time and location. Screen shots from their two different angles are labeled as Figures 12-16 below.

---

[1] I have reviewed this video, as has at least one other FBI Special Agent, and neither that agent nor I believe the video captures the assault described herein. The video is, in my estimation, not taken at an angle to capture the assault that is recorded on the body cam footage described in this affidavit.

Figure 12.



Figure 13.



Figure 14.



Figure 15.



Figure 16.



One of the MPD officers' body cam videos shows Coffee come into physical contact with an MPD officer to the left of one the MPD officers equipped with the aforementioned body cam. This MPD officer appears to grab Coffee with his right hand in an attempt to force Coffee back while Coffee continues to hold the crutch below his waist. A screen shot that recorded this interaction from the MPD officer body cam is labeled as Figure 17 below.

15

Figure 17.



I have reviewed footage from the other body cam equipped MPD officer that recorded the moments after Coffee is forced away and back from MPD and USCP officers. This video shows that, after being forced back from the officers, Coffee charged at the officers while still holding the crutch. The video also shows Coffee holding the crutch in a more aggressive manner and position towards the police officers. It appears to your affiant, based on this footage, that Coffee intended to further use the crutch as blunt object weapon by positioning the crutch directly toward the officer's upper chest/head area. During this same recorded MPD body cam footage, it appears to your affiant that two MPD officers are required to hold back Coffee. Screen shots from this MPD officer's body cam footage which recorded this physical confrontation are labeled as Figures 18-22 below.

Figure 18.



Figure 19.



17

Figure 20.



Figure 21.



18

Figure 22.



 One of the same body cam videos shows that, at approximately 4:29 p.m., Coffee moved backwards down the stairs of the Lower Terrace while being assisted by another rioter. I did not observe Luke Coffee engage police officers after departing the Lower Terrace area.

19

## **CONCLUSION**

Based on the foregoing, there is probable cause to believe that, on or about January 6, 2021, in the District of Columbia Luke Coffee committed violations of 18 U.S.C. §§ 111(b) (Assault of Federal Law Enforcement Officer with Dangerous Weapon), 231(a)(3) (Interference with Law Enforcement Officer During Civil Disorder), 1512(c)(2) (Obstruction of an Official Proceeding), and 1752(a)(1) and (2) (Unlawful Entry on Restricted Grounds), and 40 U.S.C. § 5104(e)(1) (Disorderly Conduct on Capitol Grounds).

Respectfully submitted,

Special Agent
Federal Bureau of Investigation

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on February 16, 2021

Digitally signed by G.
Michael Harvey
Date: 2021.02.16 13:20:35
-05'00'

G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Case No. 3:21-mj-00186-BK |
| | § | Other Dist. ~~Docket No.~~ |
| v. | § | Charge Pending in other ~~District~~ |
| | § | District of Columbia |
| LUKE RUSSELL COFFEE (1) | § | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

MAR - 8 2021

CLERK, U.S. DISTRICT COURT
By_____
            Deputy

## REPORT OF PROCEEDINGS UNDER RULES 5(c)(3) and 5.1
## AND ORDER ENTERED THEREON

The defendant is charged in the above-referenced district with the offense of ~~Assault of Federal Law Enforcement~~ Officer with Dangerous Weapon. Having been arrested in this district on a warrant issued on that/those ~~charge(s)~~, he/she appeared before me for proceedings as follows:

---

**Rule 5(c)(3)      Transfer**

□      The government has produced a copy of the warrant, and

☒      The Court finds that the person before the Court is the defendant named in the indictment, information or warrant because:

    □      The defendant waived identity hearing.

    ☒      An identity hearing was conducted, and the defendant's identity was established.

□      The Court finds, based on the evidence presented during an identity hearing, that the person before the Court is **NOT** the defendant named in the indictment, information or warrant.

---

**Rule 5.1:      Preliminary Hearing**

□      No preliminary hearing is necessary because the defendant is charged by indictment.

□      The defendant waived a preliminary hearing.

□      The defendant elected to have a preliminary hearing in the district where the prosecution is pending.

☒      The defendant elected to have a preliminary hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

    ☒      There is probable cause to believe that the defendant committed the offense(s) charged.

    □      There is NOT probable cause to believe that the defendant committed the offense(s) charged.

---

**Rule 5(d)(3)    Detention Hearing**

☐   No detention hearing is necessary because the government did not move to detain the defendant.

☐   The defendant waived a detention hearing.

☐   The defendant elected to have a detention hearing in the district where the prosecution is pending.

☒   The defendant elected to have a detention hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

    ☐   The defendant should be detained.

    ☒   The defendant should be released on bond.   *(Stayed pending appeal)*

**ORDER ENTERED ON THE FOREGOING REPORT**

TO:  UNITED STATES MARSHAL

☐   You are commanded to transfer the above-named defendant forthwith to the district in which he/she is charged and there deliver him/her to the United States Marshal for that district or to some other officer authorized to receive him/her.

☒   It is ORDERED that this defendant be released from custody on bond pending further proceedings.   *(Stayed pending appeal)*

☐   It is ORDERED that this defendant be discharged.

DATE: 8th day of March, 2021

United States Magistrate Judge

(Use Other Side for Return)

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Texas**
**Dallas**

USA                                                    )
       Plaintiff,                                  )
                                                    )
v.                                                      )          Case Number: 3:21−mj−00186−BK
                                                    )
Luke Russell Coffee                              )
       Defendant.                                )

## ORDER OF TEMPORARY COMMITMENT

      On this date the defendant made an initial appearance after having been arrested in this

district for an offense against the laws of the United States.

      The government moved for a hearing to determine whether any condition or combination of

conditions will reasonably assure the defendant's appearances and the safety of any other person

and the community (18 U.S.C. § 3142(f), as amended P.L. 98−473, 98 Stat. 1873).

      Counsel for the defendant moved for a continuance of such hearing. IT IS, THEREFORE,

ORDERED that the hearing is to be held on 3/8/2021 at 10:00 AM before Magistrate

Judge David L. Horan, unless extended for good cause.*

      IT IS FURTHER ORDERED that the defendant is committed to the custody of the United

States Marshal for confinement in a corrections facility separate, to the extent practicable, from persons

awaiting or serving sentences or being held in custody pending appeal, pending the above scheduled

detention hearing.

      A copy of this order shall be transmitted to counsel for the parties.

SIGNED 2/26/2021.


Renee Harris Toliver
Magistrate Judge

* A continuance on behalf of the government will be granted without a hearing only upon the written consent of
the Defendant or his attorney. A continuance on behalf of the Defendant will be granted without a hearing upon
the written request of the Defendant or his attorney. Continuances shall not exceed five work days from the
original setting for the Detention Hearing.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
FEB 2 6 2021
CLERK, U.S. DISTRICT COURT
By_____
Deputy

UNITED STATES OF AMERICA

v.

LUKE RUSSELL COFFEE

No. 3:21-mj-186-BK

## **MOTION FOR DETENTION**

The United States moves for pretrial detention of defendant, Luke Russell Coffee,

pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case.</u>    This case is eligible for a detention order because the case

involves (check all that apply):

  <u>X</u>   Crime of violence (18 U.S.C. § 3156)

_____ Maximum sentence life imprisonment or death

_____ 10 + year drug offense

_____ Felony, with two prior convictions in above categories

  <u>X</u>   Serious risk defendant will flee

_____ Serious risk obstruction of justice

_____ Felony involving a minor victim

_____ Felony involving a firearm, destructive device, or any other dangerous

weapon

_____ Felony involving a failure to register (18 U.S.C. § 2250)

**Motion for Detention - Page 1**

2. <u>Reason for Detention.</u>   The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

     __X__   Defendant's appearance as required

     __X__   Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>   The United States will invoke the rebuttable presumption against defendant because (check one or both):

     _____   Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C.§ 924(c)

     _____   Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5)

     _____   Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201, 2251

     _____   Previous conviction for "eligible" offense committed while on bond

4. <u>Time For Detention Hearing.</u>   The United States requests the Court conduct the detention hearing,

     _____   At first appearance

     __X__ After continuance of **3** days (not more than 3).

**Motion for Detention - Page 2**

Dated this 25th day of February, 2021.

Respectfully submitted,

PRERAK SHAH
ACTING UNITED STATES ATTORNEY

/s/ Joseph A. Magliolo
Joseph A. Magliolo
Assistant United States Attorney
Texas State Bar No. 24074634
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Tel: 214.659.8736
Fax: 214.767.0978
E-Mail: joseph.magliolo@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on **February 25, 2021**, I filed the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas.   In doing so, I caused a copy of this motion to be served on the attorney for the defendant, Jim Burnham (via email at jim@jburnhamlaw.com).

/s/ Joseph A. Magliolo
Joseph A. Magliolo
Assistant United States Attorney

**Motion for Detention - Page 3**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 3:21-mj-00186-BK *SEALED* |
| | § | |
| LUKE RUSSELL COFFEE (1) | § | |

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 26 2021
CLERK, U.S. DISTRICT COURT
By_____
            Deputy
```

## ENTRY OF APPEARANCE OF COUNSEL

I wish to enter my appearance as **retained** counsel for the above-named defendant(s) in this cause.

I understand that it is my duty to continue to represent the named defendant(s) in connection with all matters relating to this case, and in connection with all proceedings therein in this Court; to assist him with any appeal which he desires to perfect, and to represent him on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

In all cases an arraignment is scheduled promptly after the return or filing of an indictment or information, at which time the defendant must enter a plea. Your attention is directed to Rule 12, Federal Rules of Criminal Procedure, pertaining to pretrial motions.

DATED: **26** day of _Feb 26, 2021_

_Jim Burnham_
Signature of Attorney

JIM BURNHAM
Attorney Name (Please Print)

0344100D
Attorney Bar Number

6116 N. Central Exp Suite 575
Street Address

DALLAS, TX 75206
City, State, Zip

JimC & Burnhamlaw.com
E-mail Address

214-750-6616
Telephone Number (including area code)

214-750-6649
Fax Number

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| JUDGE:  DAVID L. HORAN | | |
|---|---|---|
| DEPUTY CLERK:  Shakira Todd | COURT REPORTER/TAPE NO: | *Shawn McRoberts* |
| LAW CLERK: | USPO/PTSO: | |
| INTERPRETER: | COURT TIME: *11:35-4:05* | |
| 10:00 A.M. | P.M. | DATE:  March 08, 2021 |

☑ MAG. NO.          ☐ DIST. CR. NO. 3:21-mj-00186-BK          US Magistrate Judge Renee Harris Toliver

UNITED STATES OF AMERICA                §          *Joe Magliolo*_____, AUSA
                                        §
                                        §          _____ ☐
v.                                      §
                                        §
                                        §          __Jim Burnham (R)_____ ☐
                                        §          COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)
LUKE RUSSELL COFFEE (1)                 §

---

☐ INITIAL APPEARANCE  ☑ IDENTITY  ☐ BOND HEARING  ☑ PRELIMINARY HEARING
☑ DETENTION HEARING  ☐ COUNSEL DETERMINATION HEARING  ☐ REMOVAL HEARING  ☐ EXTRADITION HEARING
☐ HEARING CONTINUED ON _____ CASE NO. _____  ☐ OTHER DISTRICT  ☐ DIVISION
☐ DATE OF FEDERAL ARREST/CUSTODY:  ☐ SURRENDER_____
☐ RULE 5/32  ☐ APPEARED ON WRIT
☐ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES  ☐ PROBATION/SUPERVISED RELEASE VIOLATOR
☐ DEFT FIRST APPEARANCE WITH COUNSEL.
☐ DEFT  ☐ MW (MATERIAL WITNESS) _____ APPEARED  ☐ WITH  ☐ WITHOUT COUNSEL
☐ REQUESTS APPOINTED COUNSEL.
☐ FINANCIAL AFFIDAVIT EXECUTED.
☐ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☐ PRIVATE COUNSEL APPOINTED
☐ DEFT HAS RETAINED COUNSEL _____
☐ ARRAIGNMENT SET  ☐ DETENTION HEARING SET _____

☐ PRELIMINARY HEARING SET _____          ☐ BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☑ BOND  ☐ SET  ☐ REDUCED TO $ _____  ☐ CASH  ☐ SURETY  ☐ 10%  ☑ PR  ☐ UNS  ☐ 3RD PTY  ☐ MW
☐ NO BOND SET AT THIS TIME, ____ DAY DETENTION ORDER TO BE ENTERED.
☐ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.          ✱ *Government*
☐ ORDER OF DETENTION PENDING TRIAL ENTERED.                                    *requests a stay*
☑ DEFT ADVISED OF CONDITIONS OF RELEASE.                                       *pending an appeal.*
☑ BOND EXECUTED  ☑ DEFT  ☐ MW RELEASED  ☐ STATE AUTHORITIES  ☐ INS
☐ DEFT  ☐ MW  REMANDED TO CUSTODY.
☐ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☐ WAIVER OF  ☐ PRELIMINARY HEARING  ☐ RULE 5/32 HEARING  ☐ DETENTION HEARING
☑ COURT FINDS PROBABLE CAUSE  ☑ ID  ☐ PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☐ FED. R. CRIM. P. 5(f)(1) ORAL ORDER ISSUED. WRITTEN ORDER TO FOLLOW.

☑ REMARKS: *Government's Exhibits 1-5, 7-9, 10-13 admitted w/out objection.*
*Government's Exhibit #6 admitted, w/ objection.*
*Defense Exhibits 1-4 admitted w/out objection.*
*Defense Exhibits returned to counsel. Courtesy copy of Gvt's Exhibits returned*

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR - 8 2021
CLERK, U.S. DISTRICT COURT
By_____
          Deputy

30.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

MAR - 8 2021

CLERK, U.S. DISTRICT COURT
By _____

UNITED STATES OF AMERICA        §
                                §
v.                              §    Case No. 3:21-mj-00186-BK
                                §
LUKE RUSSELL COFFEE (1)         §
                                §

**ORDER SETTING CONDITIONS OF RELEASE**

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)    The defendant must not violate federal, state, or local law while on release.

(2)    The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)    The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)    The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: ~~1100 Commerce St., Dallas, TX 75242 as directed.~~ *as directed in the District of Columbia*

*Place/Date/Time*

If blank, defendant will be notified of next appearance.

(5)    The defendant must sign an Appearance Bond, if ordered.

AO 199A (Rev. 12/11) Order Setting Conditions of Release
Case 3:21-mj-00106-BK   Document 11   Filed 03/09/21   Page 32 of 39   PageID 71

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

☑ (6)  The defendant is placed in the custody of: *Russell Coffee World*

Person or organization

Address *(only if above is an organization)* *1113 Rim of the World*

City and state *1001, TX 70145* Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: *Russell W. Coffee*   Date *3/8/2021*
　　　　　*Custodian*

☑ (7)  The defendant must:

☒ (a) submit to supervision by and report for supervision to the <u>Supervising Officer</u>
　　telephone number 214/753-2500, no later than *3/8/2021*.

☐ (b) continue or actively seek employment.

☐ (c) continue or start an education program.

☒ (d) surrender any passport to: *U.S. District Clerk*

☒ (e) not obtain a passport or other international travel document.

☒ (f) abide by the following restrictions on personal association, residence, or travel: *Travel restricted - unless obtain prior permission from pretrial services - to District of Columbia and for*

☐ (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: *court and attorney visits only and to Northern and Eastern District of Texas (and*

☐ (h) get medical or psychiatric treatment: *points in between as necessary for court*

☐ (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: *appearances and attorney visits)*

☐ (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

☒ (k) not possess a firearm, destructive device, or other weapon.

☒ (l) not use alcohol ☐ at all ☐ excessively.

☒ (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed to defendant by a licensed medical practitioner, or any synthetic and/or natural substance that alters mood and/or cognitive ability, such as CBD and hemp oils/products.

☒ (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing. The defendant shall contribute to the costs of services rendered (copayment) based on ability to pay, as determined by the pretrial services office.

☒ (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer. The defendant shall contribute to the costs of services rendered (copayment) based on ability to pay, as determined by the pretrial services office.

☐ (p) submit to location monitoring as directed by the pretrial services office or supervising officer and participate in one of the following location restriction programs and comply with all program requirements as directed. The defendant must pay all or part of the cost of any monitoring program based on ability to pay as determined by the pretrial services or supervising officer.

　　☐ (i)　**Curfew.** You are restricted to your residence every day ☐ from _____ to _____, or ☐ as directed by the pretrial services office or supervising officer; or

　　☐ (ii)　**Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or

　　☐ (iii)　**Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.

☒ (q) **Stand Alone Monitoring (SAM):** Requires the use of Global Positioning System (GPS) tracking to monitor and enforce any other condition(s) of release (e.g., travel restrictions). _____
The defendant must pay all or part of the cost of any monitoring program based on ability to pay as determined by the pretrial services or supervising officer.

☐ (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

☐ (s)

AO 199

## ADVICE OF PENALTIES AND SANCTIONS

### TO THE DEFENDANT:

### YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1)   an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2)   an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3)   any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4)   a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Dallas TX
_____
*Address, City, and State*

### Directions to the United States Marshal

[X] The defendant is ORDERED released after processing.  Except that this order is stayed

[ ] The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.   pending the Government's appeal

Date: 3/8/2021
_____
*Judicial Officer's Signature*

### DAVID L. HORAN, U.S. MAGISTRATE
_____
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

Case 3:21-mj-00186-BK   Document 1-1   Filed 03/08/21   Page 34 of 36   PageID 75

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Case No. 3:21-mj-00186-BK |
| | § | Other Dist. ~~Docket No.~~ |
| v. | § | Charge Pending in Other District |
| | § | District of Columbia |
| LUKE RUSSELL COFFEE (1) | § | |

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**

**MAR - 8 2021**

**CLERK, U.S. DISTRICT COURT**
By_____
Deputy

## REPORT OF PROCEEDINGS UNDER RULES 5(c)(3) and 5.1
## AND ORDER ENTERED THEREON

The defendant is charged in the above-referenced district with the offense of ~~Assault of Federal Law Enforcement~~ Officer with Dangerous Weapon.  Having been arrested in this district on a warrant issued on ~~that/those charge(s), he/she~~ appeared before me for proceedings as follows:

---

**Rule 5(c)(3)     Transfer**

☐     The government has produced a copy of the warrant, and

☒     The Court finds that the person before the Court is the defendant named in the indictment, information or warrant because:

    ☐     The defendant waived identity hearing.

    ☒     An identity hearing was conducted, and the defendant's identity was established.

☐     The Court finds, based on the evidence presented during an identity hearing, that the person before the Court is **NOT** the defendant named in the indictment, information or warrant.

---

**Rule 5.1:     Preliminary Hearing**

☐     No preliminary hearing is necessary because the defendant is charged by indictment.

☐     The defendant waived a preliminary hearing.

☐     The defendant elected to have a preliminary hearing in the district where the prosecution is pending.

☒     The defendant elected to have a preliminary hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

    ☒     There is probable cause to believe that the defendant committed the offense(s) charged.

    ☐     There is NOT probable cause to believe that the defendant committed the offense(s) charged.

---

**Rule 5(d)(3)    Detention Hearing**

☐    No detention hearing is necessary because the government did not move to detain the defendant.

☐    The defendant waived a detention hearing.

☐    The defendant elected to have a detention hearing in the district where the prosecution is pending.

☒    The defendant elected to have a detention hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

   ☐    The defendant should be detained.

   ☒    The defendant should be released on bond.   *(Stayed pending appeal)*

_____

## ORDER ENTERED ON THE FOREGOING REPORT

TO:  UNITED STATES MARSHAL

☐    You are commanded to transfer the above-named defendant forthwith to the district in which he/she is charged and there deliver him/her to the United States Marshal for that district or to some other officer authorized to receive him/her.

☒    It is ORDERED that this defendant be released from custody on bond pending further proceedings.

☐    It is ORDERED that this defendant be discharged.   *(Stayed pending appeal)*

DATE: 8th day of March, 2021

(Use Other Side for Return)                          United States Magistrate Judge

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Joseph Andrew Magliolo-DOJ (caseview.ecf@usdoj.gov,
emma.reppeto@usdoj.gov, joseph.magliolo@usdoj.gov, usatxn.central.docketing@usdoj.gov),
Jim Burnham (jburnham14@aol.com, jim@jburnhamlaw.com), Magistrate Judge Renee Harris
Toliver (ethan_glenn@txnd.uscourts.gov, judge_toliver_ecfdocs@txnd.uscourts.gov,
lina_figari@txnd.uscourts.gov, mervin_wright@txnd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:12972694@txnd.uscourts.gov
Subject:Activity in Case 3:21-mj-00186-BK USA v. Luke Russell Coffee Rule 5(f)(1) Order
Content-Type: text/html
```

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: <u>Judges' Copy Requirements.</u> Click here to see <u>Judge Specific Requirements.</u> Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. <u>Forms and Instructions</u> found at <u>www.txnd.uscourts.gov</u>. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

**U.S. District Court**

**Northern District of Texas**

**Notice of Electronic Filing**

The following transaction was entered on 2/26/2021 at 1:38 PM CST and filed on 2/26/2021

| | |
|---|---|
| **Case Name:** | USA v. Luke Russell Coffee |
| **Case Number:** | <u>3:21-mj-00186-BK</u> |
| **Filer:** | |
| **Document Number:** | 3(No document attached) |

**Docket Text:**
 **ELECTRONIC ORDER As to Luke Russell Coffee: by this order –– issued to the prosecution and defense counsel –– the court confirms the disclosure obligation of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating such order under applicable law.**

**This written order is entered pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, and is in addition to the oral order entered by the court on the first scheduled court date when both the prosecutor and defense counsel were present. (Ordered by Magistrate Judge Renee Harris Toliver on 2/26/2021) (mcrd)**

**3:21-mj-00186-BK-1 Notice has been electronically mailed to:**

Jim Burnham     jim@jburnhamlaw.com, jburnham14@aol.com

Joseph Andrew Magliolo-DOJ     joseph.magliolo@usdoj.gov, CaseView.ECF@usdoj.gov, USATXN.Central.Docketing@usdoj.gov, emma.reppeto@usdoj.gov

**3:21–mj–00186–BK–1 The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will only serve notice of court Orders and Judgments by mail as required by the federal rules.**

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Jim Burnham (jburnham14@aol.com, jim@jburnhamlaw.com), Magistrate
Judge Renee Harris Toliver (ethan_glenn@txnd.uscourts.gov,
judge_toliver_ecfdocs@txnd.uscourts.gov, lina_figari@txnd.uscourts.gov,
mervin_wright@txnd.uscourts.gov)
--Non Case Participants: Probation Office (txnp_edocs-pro@txnp.uscourts.gov)
--No Notice Sent:

Message-Id:12972689@txnd.uscourts.gov
Subject:Activity in Case 3:21-mj-00186-BK USA v. Luke Russell Coffee Initial Appearance
```
Content–Type: text/html

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: <u>Judges' Copy Requirements.</u> Click here to see <u>Judge Specific Requirements.</u> Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. <u>Forms and Instructions</u> found at <u>www.txnd.uscourts.gov</u>. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

**U.S. District Court**

**Northern District of Texas**

**Notice of Electronic Filing**

The following transaction was entered on 2/26/2021 at 1:37 PM CST and filed on 2/26/2021

| | |
|---|---|
| **Case Name:** | USA v. Luke Russell Coffee |
| **Case Number:** | <u>3:21–mj–00186–BK</u> |
| **Filer:** | |
| **Document Number:** | 2(No document attached) |

**Docket Text:**
 **ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Renee Harris Toliver: Initial Appearance as to Luke Russell Coffee held on 2/26/2021. Date of Arrest: 2/26/2021. Location interval set to: LC. The judge issued the oral order required by Fed. R. Crim. P. 5(f)(1). Written order to follow. Attorney Appearances: AUSA – Joseph Magliolo; Defense – Jim Burnham. (No exhibits) Time in Court – :10. (Court Reporter: Shawn McRoberts) (Interpreter NA.) (USPO Stuart Siegel.) (mcrd)**

**3:21–mj–00186–BK–1 Notice has been electronically mailed to:**

Jim Burnham     jim@jburnhamlaw.com, jburnham14@aol.com

**3:21–mj–00186–BK–1 The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will only serve notice of court Orders and Judgments by mail as required by the federal rules.**

EXH–ADM

# U.S. District Court
## Northern District of Texas (Dallas)
## CRIMINAL DOCKET FOR CASE #: <u>3:21–mj–00186–BK</u>–1

---

Case title: USA v. Luke Russell Coffee                    Date Filed: 02/25/2021

---

Assigned to: Magistrate Judge
Renee Harris Toliver

**Defendant (1)**

**Luke Russell Coffee**                    represented by  **Jim Burnham**
Law Office of Jim Burnham
6116 N Central Exwy
Suite 515
Dallas, TX 75206
214–750–6616
Fax: 214–750–6649
Email: <u>jim@jburnhamlaw.com</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Admitted/In Good Standing*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18 U.S.C. § 111(b) Assault of Federal Law Enforcement Officer with Dangerous Weapon 18 U.S.C. § 231(a)(3) Interference with Law Enforcement Officer | |

1

During Civil Disorder 18 U.S.C. §
1512(c)(2) Obstruction of an
Official Proceeding 18 U.S.C. §
1752(a)(1) and (2) Unlawful Entry
on Restricted Grounds 40 U.S.C.
§ 5104(e)(1) Disorderly Conduct
on Capitol Grounds

**Plaintiff**

**USA**                                     represented by   **Joseph Andrew Magliolo–DOJ**
                                                             United States Attorney's Office
                                                             Northern District of Texas
                                                             1100 Commerce Street
                                                             Third Floor
                                                             Dallas, TX 75242
                                                             214–659–8600
                                                             Fax: 214–659–8803
                                                             Email: joseph.magliolo@usdoj.gov
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*
                                                             *Designation: US Attorney's Office*
                                                             *Bar Status: Admitted/In Good Standing*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/25/2021 | 1 | 4 | Rule 5 as to Luke Russell Coffee (1). In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements and Judge Specific Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. (mcrd) (Main Document 1 replaced on 3/2/2021) (mcrd). (Entered: 02/25/2021) |
| 02/26/2021 | 2 | 38 | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Renee Harris Toliver: Initial Appearance as to Luke Russell Coffee held on 2/26/2021. Date of Arrest: 2/26/2021. Location interval set to: LC. The judge issued the oral order required by Fed. R. Crim. P. 5(f)(1). Written order to follow. Attorney Appearances: AUSA – Joseph Magliolo; Defense – Jim Burnham. (No exhibits) Time in Court – :10. (Court Reporter: Shawn McRoberts) (Interpreter NA.) (USPO Stuart Siegel.) (mcrd) (Entered: 02/26/2021) |
| 02/26/2021 | 3 | 36 | ELECTRONIC ORDER As to Luke Russell Coffee: by this order –– issued to the prosecution and defense counsel –– the court confirms the disclosure obligation of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating such order under applicable law.<br><br>This written order is entered pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, and is in addition to the oral order entered by the court on the first scheduled court date when both the prosecutor and defense counsel were present. (Ordered by Magistrate Judge Renee Harris Toliver on 2/26/2021) |

2

| | | | |
|---|---|---|---|
| | | | (mcrd) (Entered: 02/26/2021) |
| 02/26/2021 | 4 | 25 | ORDER OF TEMPORARY DETENTION as to Luke Russell Coffee. Detention/Preliminary/ID Hearing set for 3/8/2021 10:00 AM in US Courthouse, Courtroom 1306, 1100 Commerce St., Dallas, TX 75242–1310 before Magistrate Judge David L. Horan. (Ordered by Magistrate Judge Renee Harris Toliver on 2/26/2021) (mcrd) (Entered: 02/26/2021) |
| 02/26/2021 | 5 | 26 | MOTION for Detention filed by USA as to Luke Russell Coffee. (mcrd) (Entered: 02/26/2021) |
| 02/26/2021 | 6 | 29 | NOTICE OF ATTORNEY APPEARANCE by Jim Burnham appearing for Luke Russell Coffee (If sealed documents that you are authorized to see were previously filed by U.S. Pretrial Services or U.S. Probation, you will require assistance to gain access to them and any related filings. Please call the clerk at 214.753.2240 during business hours to request access.) (mcrd) (Entered: 02/26/2021) |
| 03/08/2021 | 8 | 30 | Minute Entry for proceedings held before Magistrate Judge David L. Horan: ID, Preliminary and Detention Hearing as to Luke Russell Coffee held on 3/8/2021. Court finds ID, and PC. Government's Motion for Detention is denied. Defendant is released on Conditions. Government requests Stay Pending an Appeal. Order Setting Conditions is STAYED. Location interval set to: LR. Attorney Appearances: AUSA – Joe Magliolo; Defense – Jim Burnham. (Exhibits admitted) Time in Court – 03:50. (Court Reporter: Shawn McRoberts) (Interpreter N/A.) (mcrd) (Entered: 03/08/2021) |
| 03/08/2021 | 9 | 31 | ***STAYED PENDING APPEAL*** ORDER Setting Conditions of Release as to Luke Russell Coffee (1) PR Bond. (Ordered by Magistrate Judge David L. Horan on 3/8/2021) (mcrd) (Entered: 03/08/2021) |
| 03/08/2021 | 10 | 34 | Report of Proceedings under Rule 5(c)(3) and 5.1 as to Luke Russell Coffee. Defendant is released from custody on bond pending further proceedings. Paperwork sent to District of Columbia. (Ordered by Magistrate Judge David L. Horan on 3/8/2021) (mcrd) (Entered: 03/08/2021) |